UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LUMPKIN,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. C23-0244-RSM

ORDER OF DISMISSAL

       This matter comes before the Court *sua sponte*. On February 23, 2023, *pro se* Plaintiff submitted an *in forma pauperis* ("IFP") application. Dkt. #1. On March 1, 2023, the Court noted this application was deficient because it did not include Plaintiff's income, sources of money, money on hand or in his accounts, his property, or monthly expenses. Dkt. #4. The Court ordered Plaintiff to submit a revised, signed IFP by March 21, 2023. *See id*. The Court advised Plaintiff that his failure to do so may result in the denial of his IFP or dismissal of his case. *See id*.

       On March 28, 2023, the Court issued an Order to Show Cause why this case should not be dismissed with a response deadline of April 11, 2023. Dkt. #6. To date, Plaintiff has not filed a corrected IFP application or otherwise responded to the above Orders.

ORDER OF DISMISSAL - 1

Accordingly, the Court hereby ORDERS that Plaintiff's claims are DISMISSED without prejudice for failure to submit a proper IFP application, pay the filing fee, or otherwise respond to the Court's Orders. This case is CLOSED.

DATED this 20th day of April, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE